1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    SALVADOR PEREZ,                      )    No. C 11-2678 JSW (PR)
                                           )
11           Plaintiff,                    )    **ORDER OF DISMISSAL;**
                                           )    **INSTRUCTIONS TO CLERK**
12           v.                            )
                                           )
13    MATTHEW CATE, et al.,                )
                                           )
14           Defendants.                   )
      _____     )
15

16          This case was opened when Plaintiff, a California prisoner proceeding pro se,

17    filed an amended complaint.  The caption of the amended complaint indicates that

18    Plaintiff did not intend open a new case, but rather that he wanted to file it in his

19    currently pending case, No. C 10-3730 JSW (PR).  Accordingly, the Clerk shall retrieve

20    the amended complaint inadvertently filed in the instant case as docket number 1, and

21    file it in Case No. C 10-3730 JSW (PR).  The instant case having been opened in error, is

22    DISMISSED, and the notice of deficiency (docket no. 2) is STRICKEN.

23          The Clerk shall enter judgment and close the file.

24          IT IS SO ORDERED.

25    DATED:  June 17, 2011

26                                         _____
                                           JEFFREY S. WHITE
27                                         United States District Judge

28

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    SALVADOR PEREZ,                          Case Number: CV11-02678 JSW

7              Plaintiff,                     **CERTIFICATE OF SERVICE**

8        v.

9    MATTHEW CATE et al,

10             Defendant.
     _____/

11
     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12   Court, Northern District of California.

13   That on June 17, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

15

16

17   Salvador Perez
     J47812
18   Pelican Bay State Prison
     Crescent City, CA 95532
19
     Dated: June 17, 2011
20                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28